

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2017

No. 04-17-00091-CV

**TEXAS DEPARTMENT OF TRANSPORTATION**,
Appellant

v.

Hector R. **RAMIREZ**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014CVT002640-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

After we granted Appellee's first, second, and third motions for extension of time to file the brief, Appellee's brief was due on November 15, 2017. *See* TEX. R. APP. P. 38.6(b), (d). On the thrice-extended due date, Appellee filed a fourth motion for extension of time to file the brief until November 22, 2017, for a total extension of eighty-nine days. *See id.* R. 10.5(b). Appellee explained that counsel's law offices suffered substantial damage from Hurricane Harvey, and counsel needs additional time to file the brief.

Appellee's motion is GRANTED. Appellee's brief is due on November 22, 2017.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court